IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02859-WJM-MJW

DE-KOR BY MILE HIGH BALUSTERS, INC., a Colorado corporation,

Plaintiff,

v.

CREATIVE INDUSTRIES, LLC, a Texas limited liability corporation,
UNIVERSAL FOREST PRODUCTS, INC., a Michigan corporation, and
UNIVERSAL CONSUMER PRODUCTS, INC., a Michigan corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Unopposed Motion to Vacate and Reschedule Scheduling Conference (Docket No. 32) is GRANTED.  The Scheduling Conference set for February 13, 2013 at 1:30 p.m. is VACATED.  The Scheduling Conference is RESET for February 20, 2013 at 9:30 a.m.

Date: January 15, 2013