IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02859-WJM-MJW

DE-KOR BY MILE HIGH BALUSTERS, INC., a Colorado corporation,

Plaintiff,

v.

CREATIVE INDUSTRIES, LLC, a Texas limited liability corporation,
UNIVERSAL FOREST PRODUCTS, INC., a Michigan corporation, and
UNIVERSAL CONSUMER PRODUCTS, INC., a Michigan corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Entry of Confidentiality Order (Docket No. 35) is DENIED without prejudice. The court finds that plaintiff failed to meaningfully comply with D.C.COLO.LCiv 7.1A, primarily for the reasons outlined in defendants' response (Docket No. 40). The parties are ordered to meet and confer regarding the protective order prior to the February 20, 2013 Scheduling Conference. If the parties cannot come to an agreement, the court will address the issue at the Scheduling Conference.

Date: January 24, 2013